**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 24-21982-JCM |
| | ) | |
| MeSEARCH MEDIA TECHNOLOGIES LIMITED, | ) ) ) | CHAPTER 11 (Involuntary) |
| Alleged Debtor. | | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Joseph S. Sisca on behalf of Mr. Arthur R. Crivella in the above captioned bankruptcy case.

GRENEN & BIRSIC, P.C.

Dated: 8/21/24    By: /s/ Joseph. S. Sisca
Joseph S. Sisca
PA ID No. 46719
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  jsisca@grenenbirsic.com
*Counsel for Mr. Arthur R. Crivella*