**Fill in this information to identify the case and this filing:**

Debtor Name ___MeSearch Media Technologies Limited_____

United States Bankruptcy Court for the: __Western District of Pennsylvania__

Case number (*If known*): ____24-21982_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __**MeSearch Media Technologies Limited has less than 20 Largest Unsecured Creditors**__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/30/2024__          ✖ /s/ Joseph R. Lawrence
                MM / DD / YYYY          _____
                                        Signature of individual signing on behalf of debtor

                                        Joseph R. Lawrence
                                        _____
                                        Printed name

                                        Principal Operating Officer
                                        _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ MeSearch Media Technologies Limited

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____ 24-21982

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RMS Funding Company, LLC 210 Wood Street Tarentum, PA, 15084 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 1,875,000.00 |
| 2 | Game Creek Holdings, LLC 210 Wood Street Tarentum, PA, 15084 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 800,000.00 |
| 3 | 535 Media, LLC 210 Wood Street Tarentum, PA, 15084 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 100,000.00 |
| 4 | Trib Total Media, LLC 210 Wood Street Tarentum, PA, 15084 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 3,997.55 |
| 5 | Ascent Data 90 Beta Drive Pittsburgh, PA, 15238 | | IT Services | Disputed Unliquidated Contingent | | | 3,940.58 |
| 6 | Bronder & Company, P.C. 235 Alpha Drive #101 Pittsburgh, PA, 15238 | | Accounting Services | Disputed Unliquidated Contingent | | | 2,387.50 |
| 7 | AWS Marketplace 410 Terry Avenue N. Seattle, WA, 98109 | | Elastic Cloud Service Provider | Disputed Unliquidated Contingent | | | 1,570.27 |
| 8 | UPMC Health Plan 600 Grant Street 58th Floor Pittsburgh, PA, 15219 | | Insurance | Disputed Unliquidated Contingent | | | Unknown |

Debtor  MeSearch Media Technologies Limited
_____
Name

Case number (*if known*)  24-21982
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Delta Dental Insurance 5073 Ritter Road Mechanicsburg, PA, 17055 | | Insurance | Disputed Unliquidated Contingent | | | Unknown |
| 10  First National Bank One North Shore Center 12 Federal Street Pittsburgh, PA, 15212 | | Bank Fees | Disputed Unliquidated Contingent | | | Unknown |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | **THIS DEBTOR HAS LESS THAN 20 LARGEST UNSECURED CREDITORS** | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  MeSearch Media Technologies Limited

Case No.  24-21982

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____09/30/2024_____

/s/ Joseph R. Lawrence
_____
Signature of Individual signing on behalf of debtor

Principal Operating Officer
_____
Position or relationship to debtor

535 Media, LLC
210 Wood Street
Tarentum, PA 15084

Ascent Data
90 Beta Drive
Pittsburgh, PA 15238

AWS Marketplace
410 Terry Avenue N.
Seattle, WA 98109

Bronder & Company, P.C.
235 Alpha Drive
Pittsburgh, PA 15238

Crivella Holdings, LLC
3845 Forbes Avenue
Suite 391
Pittsburgh, PA 15213

Crivella Media Technologies Limited
3945 Forbes Avenue
Suite 391
Pittsburgh, PA 15213

David Fuchs
554 Washington Avenue
First Floor
Carnegie, PA 15106

Delta Dental Insurance
5073 Ritter Road
Mechanicsburg, PA 17055

First National Bank
One North Shore Center
12 Federal Street
Pittsburgh, PA 15212

Game Creek Holdings, LLC
210 Wood Street
Tarentum, PA 15084

Google
6425 Penn Ave
Ste 700
Pittsburgh, PA 15206

Hartford Insurance/The Hartford
20 Stanwix Street
Fl 4, Ste 403
Pittsburgh, PA 15222

IronSoftware
205 N. Michigan Ave.
Chicago, IL 60611

Jason Rock
2359 Railroad Street
Apt. 3903
Pittsburgh, PA 15222

Jodi L. Hause, United States Trustee Office
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Kathryn L. Harrison
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

RMS Funding Company, LLC
210 Wood Street
Tarentum, PA 15084

Trib Total Media, LLC
210 Wood Street
Tarentum, PA 15084

UPMC Health Plan
600 Grant Street
58th Floor
Pittsburgh, PA 15219

Voice Nation
2915 Premier Pkwy
Suite 200B
Duluth, GA 30097