**Fill in this information to identify the case:**

Debtor name  MeSearch Media Technologies Limited

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  24-21982-JCM

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 25, 2024        **X** /s/ Crystal H. Thornton-Illar
                                         Signature of individual signing on behalf of debtor

                                         Crystal H. Thornton-Illar
                                         Printed name

                                         Chapter 11 Trustee
                                         Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | MeSearch Media Technologies Limited | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | ☐ Check if this is an |
| Case number (if known): | 24-21982-JCM | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 535 Media, LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | Contingent Unliquidated Disputed | | | $100,000.00 |
| Art Crivella 3845 Forbes Avenue Suite 391 Pittsburgh, PA 15213 | | Monies Loaned/Advanced | Contingent Disputed | | | $4,000.00 |
| Ascent Data Attn: President and/or General Counsel 90 Beta Drive Pittsburgh, PA 15238 | | Services | Contingent Unliquidated Disputed | | | $3,940.60 |
| AWS Marketplace Attn: President and/or General Counsel 410 Terry Avenue N. Seattle, WA 98109 | | Services | Contingent Unliquidated Disputed | | | $1,570.27 |
| Bronder & Company, P.C. Attn: President and/or General Counsel 235 Alpha Drive, Suite 101 Pittsburgh, PA 15238 | | Services | Contingent Unliquidated Disputed | | | $2,387.50 |
| Delta Dental Insurance Attn: President and/or General Counsel 5073 Ritter Road Mechanicsburg, PA 17055 | | Insurance | Contingent Unliquidated Disputed | | | $90.38 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | MeSearch Media Technologies Limited | | Case number (if known) | 24-21982-JCM |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Game Creek Holdings, LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | Contingent Unliquidated Disputed | | | $942,832.86 |
| Google, LLC 1600 Amphitheatre Parkway Mountain View, CA 94043 | | | | | | $385.20 |
| RMS Funding Company, LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | Contingent Unliquidated Disputed | | | $2,117,622.01 |
| RMS Funding Company, LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | | | | $18,000.00 |
| RMS Funding Company, LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | | | | $15,000.00 |
| Trib Total Media LLC Attn: President and/or General Counsel 210 Wood Street Tarentum, PA 15084 | | Monies Loaned/Advanced | Contingent Unliquidated Disputed | | | $5,908.53 |
| UPMC Health Plan Attn: President and/or General Counsel 600 Grant Street 58th Floor Pittsburgh, PA 15219 | | | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   MeSearch Media Technologies Limited

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   24-21982-JCM

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ ___19,090.62_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ ___19,090.62_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ _____0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ ___3,211,737.35_

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b                                                                         $ ___3,211,737.35_

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ MeSearch Media Technologies Limited _____

United States Bankruptcy Court for the: _____ WESTERN DISTRICT OF PENNSYLVANIA ____

Case number (if known) _____ 24-21982-JCM _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | First National Bank | Checking | 9715 | $762.02 |
| 3.2. | First National Bank | Checking | 7871 | $7,237.24 |
| 3.3. | First National Bank | Checking | 7913 | $17.76 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**            | $8,017.02 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | MeSearch Media Technologies Limited | Case number *(If known)* | 24-21982-JCM |
|---|---|---|---|
| | Name | | |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: _____628.60_____ - _____0.00_____ = .... _____$628.60

face amount     doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$628.60

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Television | $0.00 | | $1,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 7 computers and server equipment | $0.00 | | $9,445.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$10,445.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | MeSearch Media Technologies Limited | Case number *(If known)* | 24-21982-JCM |
|---|---|---|---|
| | Name | | |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** EverybodyShops and related domains | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** License Agreement with Crivella Holdings Limited | $0.00 | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** Software and developed IP, including C360 and Hierarchical Intelligently Tagged Content Harmonizer | $0.00 | | Unknown |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | MeSearch Media Technologies Limited | Case number *(If known)* | 24-21982-JCM |
|---|---|---|---|
| | Name | | |

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor    MeSearch Media Technologies Limited    Case number *(If known)*  24-21982-JCM
              Name

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,017.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $628.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,445.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,090.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,090.62 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MeSearch Media Technologies Limited

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    24-21982-JCM

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MeSearch Media Technologies Limited

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    24-21982-JCM

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> 535 Media, LLC <br> Attn: President and/or General Counsel <br> 210 Wood Street <br> Tarentum, PA 15084 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> Basis for the claim:  Monies Loaned/Advanced <br><br> Is the claim subject to offset? ☒ No   ☐ Yes | $100,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> Art Crivella <br> 3845 Forbes Avenue <br> Suite 391 <br> Pittsburgh, PA 15213 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☐ Unliquidated <br> ☒ Disputed <br><br> Basis for the claim:  Monies Loaned/Advanced <br><br> Is the claim subject to offset? ☒ No   ☐ Yes | $4,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> Ascent Data <br> Attn: President and/or General Counsel <br> 90 Beta Drive <br> Pittsburgh, PA 15238 <br><br> **Date(s) debt was incurred**  9/2024 <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> Basis for the claim:  Services <br><br> Is the claim subject to offset? ☒ No   ☐ Yes | $3,940.60 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> AWS Marketplace <br> Attn: President and/or General Counsel <br> 410 Terry Avenue N. <br> Seattle, WA 98109 <br><br> **Date(s) debt was incurred**  9/2024 <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> Basis for the claim:  Services <br><br> Is the claim subject to offset? ☒ No   ☐ Yes | $1,570.27 |

| Debtor | MeSearch Media Technologies Limited | Case number (if known) | 24-21982-JCM |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,387.50**

Bronder & Company, P.C.
Attn: President and/or General Counsel
235 Alpha Drive, Suite 101
Pittsburgh, PA 15238

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  8/2024

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.38**

Delta Dental Insurance
Attn: President and/or General Counsel
5073 Ritter Road
Mechanicsburg, PA 17055

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  9/2024

**Basis for the claim:**  Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

First National Bank
Attn: President and/or General Counsel
One North Shore Center
12 Federal Street
Pittsburgh, PA 15212

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Bank Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$942,832.86**

Game Creek Holdings, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  7/2021

**Basis for the claim:**  Monies Loaned/Advanced

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$385.20**

Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,117,622.01**

RMS Funding Company, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  3/2021

**Basis for the claim:**  Monies Loaned/Advanced

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,000.00**

RMS Funding Company, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/2024

**Basis for the claim:**  Monies Loaned/Advanced

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | MeSearch Media Technologies Limited | | Case number (if known) | 24-21982-JCM |
|--------|-------------------------------------|--|------------------------|--------------|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|------|--|--|--|

RMS Funding Company, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2024

**Basis for the claim:** Monies Loaned/Advanced

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,908.53 |
|------|--|--|--|

Trib Total Media LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/2022

**Basis for the claim:** Monies Loaned/Advanced

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--|--|--|

UPMC Health Plan
Attn: President and/or General Counsel
600 Grant Street
58th Floor
Pittsburgh, PA 15219

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--|--|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|--|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 3,211,737.35 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 3,211,737.35 |

**Fill in this information to identify the case:**

Debtor name    MeSearch Media Technologies Limited

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    24-21982-JCM

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Software License Agreement | |
|     State the term remaining    undetermined | Crivella Holdings Limited<br>Suite 301<br>3841 Forbes Ave. |
|     List the contract number of any government contract | Pittsburgh, PA 15213 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Limited Sublicense for Use of Software | |
|     State the term remaining    undetermined | Trib Total Media, LLC<br>210 Wood Street |
|     List the contract number of any government contract | Tarentum, PA 15084 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___MeSearch Media Technologies Limited___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF PENNSYLVANIA___

Case number (if known) ___24-21982-JCM___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street <br> _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ___MeSearch Media Technologies Limited___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF PENNSYLVANIA___

Case number (if known) ___24-21982-JCM___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business ☐ Other _____ | $0.00 |
   | For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business ☐ Other _____ | $408.00 |
   | For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business ☐ Other _____ | $7,857.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | MeSearch Media Technologies Limited | Case number *(if known)* 24-21982-JCM |
|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Crivella Technologies<br><br>Common Ownership | October 2023- July 2024 | $195,319.00 | Use of Employees-<br>Reimbursement for Wages |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

| Debtor | MeSearch Media Technologies Limited | Case number *(if known)*  24-21982-JCM |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fuchs Law Office<br>Attn: David Fuchs, Esq.<br>554 Washington Avenue<br>Carnegie, PA 15106 | Counsel received $5000.00 during the gap period for services to be provided prior to the Order for Relief being entered. To the extent services provided exceed the fees paid, Fuchs Law Office waives any entitlement to such fees. | 09/2024 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Fuchs Law Office (paid during gap period<br>Attn: David Fuchs, Esq.<br>554 Washington Avenue, First Floor<br>Carnegie, PA 15106 | | | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor    MeSearch Media Technologies Limited                                    Case number *(if known)*  24-21982-JCM

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | MeSearch Media Technologies Limited | Case number *(if known)* | 24-21982-JCM |
|---|---|---|---|

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Debtor  MeSearch Media Technologies Limited                                              Case number *(if known)*  24-21982-JCM

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Bronder & Company, P.C.<br>Attn: President and/or General Counsel<br>235 Alpha Drive<br>Pittsburgh , PA 15238 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Lawrence | 210 Wood Street<br>Tarentum, PA 15084 | CEO and President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary Geever | 3845 Forbes Avenue<br>Suite 391<br>Pittsburgh, PA 15213 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Bertetto | 210 Wood Street<br>Tarentum, PA 15084 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arthur Crivella | 3845 Forbes Avenue<br>Suite 391<br>Pittsburgh, PA 15213 | Secretary | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Rock | 2359 Railroad Street<br>Apartment 3903<br>Pittsburgh, PA 15222 | Board Member | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    MeSearch Media Technologies Limited                                   Case number *(if known)*    24-21982-JCM

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Game Creek Holdings, LLC | | | 48 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      October 25, 2024

/s/ Crystal H. Thornton-Illar                          Crystal H. Thornton-Illar
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Chapter 11 Trustee

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-21982-JCM |
| MeSearch Media Technologies Limited | : | |
| | : | Chapter 11 |
| | : | |
| Debtor | : | |
| | : | |
| MeSearch Media Technologies Limited | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Crystal H. Thornton-Illar 93003__, counsel for the

debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was

uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: __/s/ Crystal H. Thornton-Illar__

Signature
Crystal H. Thornton-Illar 93003

Typed Name
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Address
(412) -26-1-16x00   Fax:(412) -22-7-55x51

Phone No.
93003 PA

List Bar I.D. and State of Admission

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    MeSearch Media Technologies Limited                                     Case No.    24-21982-JCM
                                         Debtor(s)                               Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Art Crivella<br>3845 Forbes Avenue<br>Suite 391<br>Pittsburgh, PA 15213 | | | 52% |
| Game Creek Holdings, LLC | | | 48% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 25, 2024                              Signature    /s/ Crystal H. Thornton-Illar
                                                                   Crystal H. Thornton-Illar

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re    MeSearch Media Technologies Limited            Case No.    24-21982-JCM

                 Debtor(s)                Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $     5,000.00

   Prior to the filing of this statement I have received ...................................... $     0.00

   Balance Due ............................................................................. $     5,000.00

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 25, 2024                 /s/ Crystal H. Thornton-Illar

*Date*                            Crystal H. Thornton-Illar 93003

                              *Signature of Attorney*
                              Leech Tishman Fuscaldo Lampl, LLC
                              525 William Penn Place
                              28th Floor
                              Pittsburgh, PA 15219
                              (412) -26-1-16x00   Fax: (412) -22-7-55x51
                              cthornton-Illar@leechtishman.com
                              *Name of law firm*

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

### United States Bankruptcy Court
**Western District of Pennsylvania**

In re    MeSearch Media Technologies Limited                           Case No.    24-21982-JCM
                                            Debtor(s)          Chapter      11

## VERIFICATION OF CREDITOR MATRIX

I, the Chapter 11 Trustee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    October 25, 2024                    /s/ Crystal H. Thornton-Illar
                                             Crystal H. Thornton-Illar/Chapter 11 Trustee
                                             Signer/Title

```
535 Media, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084


Art Crivella
3845 Forbes Avenue Suite 391
Pittsburgh, PA 15213


Ascent Data
Attn: President and/or General Counsel
90 Beta Drive
Pittsburgh, PA 15238


AWS Marketplace
Attn: President and/or General Counsel
410 Terry Avenue N.
Seattle, WA 98109


Bronder & Company, P.C.
Attn: President and/or General Counsel
235 Alpha Drive, Suite 101
Pittsburgh, PA 15238


Crivella Holdings Limited
Suite 301 3841 Forbes Ave.
Pittsburgh, PA 15213


Delta Dental Insurance
Attn: President and/or General Counsel
5073 Ritter Road
Mechanicsburg, PA 17055


First National Bank
Attn: President and/or General Counsel
One North Shore Center 12 Federal Street
Pittsburgh, PA 15212


Game Creek Holdings, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084


Google, LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


RMS Funding Company, LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084


Trib Total Media LLC
Attn: President and/or General Counsel
210 Wood Street
Tarentum, PA 15084
```

Trib Total Media, LLC
210 Wood Street
Tarentum, PA 15084


UPMC Health Plan
Attn: President and/or General Counsel
600 Grant Street 58th Floor
Pittsburgh, PA 15219