## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MeSEARCH MEDIA TECHNOLOGIES LIMITED,<br><br>                    Debtor. | Bankruptcy No. 24-21982-JCM<br><br>Chapter 11 |

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**TO:** ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE ABOVE-CAPTIONED DEBTOR AND ALL OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    A. **Confirmation of the Plan.**

On May 8, 2025, the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court") entered an order ("Order") in the above-captioned chapter 11 case confirming Game Creek Holding, LLC's ("Game Creek") Second Amended Plan of Reorganization (the "Plan") and overruling certain objections to the Plan. On May 8, 2025, the Court entered a memorandum opinion ("Opinion") making certain findings of fact and conclusions of law. The Order and Opinion are collectively referred to herein as the "Confirmation Order." Unless otherwise defined in this Confirmation Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order.

    B. **Effective Date.**

Since the time of the Order, Game Creek has paid all allowed claims and taken other such action necessary to substantial consummation of the Plan. All conditions precedent to the Effective Date have been met and/or waived. Game Creek has established May 30, 2025 as the Effective Date of the Plan.

    C. **Service of Documents.**

Any pleading, notice or other document required by the Plan, the Confirmation Order, or this

Confirmation Notice to be served on or delivered to the Debtor, the Reorganized Debtor, Game Creek, or their counsel must be sent to:

**Bernstein-Burkley, P.C.**
Kirk B. Burkley, Esquire
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone No: (412) 456-8108
Fax No. (412) 456-8135

Dated: May 30, 2025

**BERNSTEIN-BURKLEY, P.C.**

By: */s/Kirk B. Burkley*
Kirk B. Burkley, Esq., PA I.D. No. 89511
kburkley@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135

*Attorney for Game Creek Holdings, LLC*